Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

**Case No.:  09–23716    Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Niloufar Naimi
*debtor has no known aliases*
13306 Kilmarnock Way, Apt 3J
Germantown, MD 20874

Social Security No.:   xxx–xx–4497

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above–named Debtor(s) on 7/27/09

# FINAL DECREE

The estate of the above–named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Cheryl E. Rose is discharged as trustee of the estate of the above–named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 12/7/09

*Wendelin I. Lipp*
U.S. Bankruptcy Judge